OTC

1



RECEIVED

JAN -7 2019

TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY _____

UNITED STATES FEDERAL COURT          5:19-cv-0019

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

IN RE:  Plaintiff

Johnny Dwaine Anderson

January 7, 2019

Vs.

Defendant

Regions Mortgage

## Notice of Civil Lawsuit and Complaint

Plaintiff Johnny Dwaine Anderson is naming Regions Mortgage defendant liable for both fiscal and psychological damage as the as a result of the improperly managing and handling of the financial accounting of a newly acquired mortgage from plaintiff.  Money was originally paid in a timely manner to Regions mortgage online and deducted from its bank, Capital One.  The money was received by Regions bank and was applied to another Regions mortgage, discovered by plaintiff months later after research.  These actions have led to the culmination of them in doing an acceleration of the mortgage and of attempting to foreclose on plaintiffs home located at 807 Elmdale Street, Shreveport, Louisiana, 71118.  These actions resulted in loss of enjoyment and peace of mind in obtaining a mortgage by and caused other things detrimental to finances to occur in the

process.  This included making the creditworthiness of plaintiff and cause higher loan interest rates in keeping reliable transportation for work and other required actions for income earning such as meetings.  The cost attributed to having to work harder and put more strain on the both the mind and body was costly in terms of enjoyment of home, work, and life.  Other damages include higher costs of living every day life.  In addition, plaintiff will have a much harder time to find living arrangements in the future because of the lowered credit ratings as a result of the defendant actions and inactions accordingly.

Defendant has tried to use its resources undercover behind the plaintiffs view to attempt to move toward a foreclosure while working out plans to modify mortgage in violation of statute. The mortgage company used invalid and inaccurate amounts in attempts to collect and or foreclose against the plaintiff.  In addition, they have used inaccurate balances and did not apply homestead exemptions from the State of Louisiana so taxes on the house that should have been reduced monthly house note amount was not applied in the beginning. This caused arrearages to be artificially higher.  This caused it to be much more difficult to plan in reorganization plans.

The legal duty of the Mortgage company to the mortgagee was not fulfilled based on contractual obligations and led to the ongoing challenges by plaintiff.

Damages Plaintiff is Requesting for compensation of Injuries

Plaintiff is asking for $450,000 which is 3x current market value for house.

RECEIVED

JAN − 7 2019


TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY_____

Temporary Restraining Order

Plaintiff pray and ask the court for an emergency Temporary Restraining Order and to enjoin the

foreclosure scheduled on January 9th, 2019, hearing ex parte.  The plaintiff would like to

motion for a hearing, in reasonable time, to have a temporary injunction until furtherance

of the civil lawsuit, and of a permanent injunction should this be necessary for both legal

and practical purposes.

Respectfully submitted,



1/7/2019

Johnny Dwaine Anderson,

Esq.

807 Elmdale Street

Shreveport, LA 71118

318-990-6156



**CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2018, a copy of the foregoing (Regions Mortgage, Credit

Acceptance) was served on the following registered ECF participants, electronically

through the court's ECF System at the email address registered with the court:

Johnny Dwaine Anderson, Pro Se

addressed to:

Regions Mortgage P.O. Box 18001 Hattiesburg, MS  39404-8001

/s/ Johnny Dwaine Anderson,

Johnny Dwaine Anderson, Esq.