# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| JOHNNY DWAINE ANDERSON | CIVIL ACTION NO.: 19-cv-00019 |
| VERSUS | JUDGE ELIZABETH ERNY FOOTE |
| REGIONS MORTGAGE | MAGISTRATE JUDGE HAYES |

## MEMORANDUM ORDER

Now before the Court is a Motion for Temporary Restraining Order filed by the Plaintiff. [Record Document 1]. Plaintiff asks the Court to enjoin Defendant from foreclosing on his property located at 807 Elmdale Street in Shreveport, Louisiana. *Id.* at 1. The foreclosure is scheduled for January 9, 2019. *Id.* at 3. For the reasons discussed below, Plaintiff's motion is **DENIED**, and his claims are **DISMISSED WITHOUT PREJUDICE.**

On his civil cover sheet, Plaintiff indicates that this Court has federal question jurisdiction over his claim pursuant to 28 U.S.C. § 1331. *Id.* at 5. However, on the face of his complaint, Plaintiff invokes neither federal question jurisdiction nor diversity jurisdiction pursuant to 28 U.S.C. § 1332. Upon review of Plaintiff's complaint, he fails to reference any federal statutes, whether by name or by number. *See* Record Document 1. He does not reference his own domicile or that of the Defendant so as to assert diversity jurisdiction. *Id.* Furthermore, Plaintiff's claims involving breach of contract and wrongful foreclosure are typically the domain of state law.

A federal court only has jurisdiction over a claim when a federal question appears on the face of the plaintiff's well-pleaded complaint. *Bernhard v. Whitney Nat. Bank*, 523 F.3d 546, 551 (5th Cir. 2008). Generally, there is no federal jurisdiction if the plaintiff properly pleads only a state law cause of action. *Id.* Because Plaintiff fails to state grounds for federal jurisdiction on the face of his complaint, his claim must be dismissed. *Quinn v. Guerrero,* 863 F.3d 353, 358 (5th Cir. 2017) (citing *Arbaugh v. Y&H Corp.*, 546 U.S. 500, 513 (2006)) ("Federal Courts are courts of limited jurisdiction . . . .").

For the foregoing reasons, Plaintiff's Motion for Temporary Restraining Order [Record Document 1] is hereby **DENIED,** and Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE.** A judgment consistent with this order will issue herewith.

**THUS DONE AND SIGNED** this \_\_\_8th\_\_\_day of January, 2019 in Shreveport, Louisiana.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE